IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN STEVEN CORVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv550-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This case is before the court on petitioner's "notice of appeal" (doc. no. 3) of the United States Magistrate Judge's order construing his petition as a motion to vacate under 28 U.S.C. § 2255. Because the magistrate judge's decision is not a final and appealable order, the court construes petitioner's filing as an objection to the magistrate judge's order (doc. no. 2). Upon consideration of petitioner's objection, it is ORDERED that the objection is overruled.

DONE, this the 12th day of August, 2019.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE