IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN STEVEN CORVEY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO.<br>2:19cv550-MHT<br>(WO) |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for Southern District of Florida pursuant to 28 U.S.C. § 1631 and that petitioner's motion for summary judgment be denied. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

\*\*\*

**Accordingly, it is ORDERED as follows:**

**(1) Petitioner's objections (doc. no. 9) are overruled.**

**(2) The magistrate judge's recommendation (doc. no. 8) is adopted.**

**(3) Petitioner's motion for summary judgment (doc. no. 7) is denied.**

**This case is transferred to the United States District Court for the Southern District of Florida.**

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**This case is closed in this court.**

**DONE, this the 14th day of November, 2019.**

                                        **/s/ Myron H. Thompson**
                                  **UNITED STATES DISTRICT JUDGE**